James McGibney                                                                                                         June 23, 2020

4305 Ridgebend Dr.

Round Rock, TX 78665

Ph: 408-601-0685

james@bullyville.com

Dear Sir or Madame Clerk:

     Please file the attached quash motion within Case # 4:18-cv-247 entitled, "JASON LEE VANDYKE vs THOMAS RETZLAFF." I am not an Attorney and do not have an electronic filing account. I submitted my quash motion within the Eastern District of Texas because that is where the case is. However, per the attached order that was rendered yesterday, I was instructed to refile my quash motion within your court. I have submitted this as an emergency because the deposition was allegedly today at 4pm. If my quash motion will be assigned a new Case #, please let me know and I will resubmit it with the correct case number. Thank you. My contact info is below. When the Honorable Judge rules on my motion to quash, can you please email me a copy of the order to james@bullyville.com? Thank you for your time and assistance.

                                                                                           James McGibney

                                                                                           james@bullyville.com

                                                                                           4086010685