```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100038708
Cashier ID: cjames
Transaction Date: 06/24/2020
Payer Name: JAMES A. MCGIBNEY
------------------------------------
MISCELLANEOUS PAPERS
 For: JAMES A. MCGIBNEY
 Amount:        $47.00
------------------------------------
PAPER CHECK
 Check/Money Order Num: 843
 Amt Tendered:  $47.00
------------------------------------
Total Due:      $47.00
Total Tendered: $47.00
Change Amt:     $0.00

1:20-MC-657-LY; VAN DYKE V.
RETZLAFF; MOTION TO QUASH FILING
FEE
```