IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE, § | |
| PLAINTIFF, § | |
| § | CAUSE NO. 1:20-MC-657-LY |
| V. § | (CASE NO. 4:18-CV-24-ALM, |
| § | UNITED STATES DISTRICT COURT |
| THOMAS CHRISTOPHER RETZLAFF § | FOR THE EASTERN DISTRICT OF |
| A/K/A DEAN ANDERSON D/B/A § | TEXAS, SHERMAN DIVISION) |
| BV FILES, VIA VIEW FILES L.L.C., § | |
| AND VIAVIEW FILES, § | |
| DEFENDANTS. § | |

## ORDER

**IT IS HEREBY ORDERED** that the United States' Amended Motion to Quash Subpoena of FBI Witness James McGibney and Motion to Transfer filed June 23, 2010 (Doc. #5) is **REFERRED** to United States Magistrate Mark Lane for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended, or for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended..

SIGNED this __24th__ day of June, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE