Thomas Retzlaff
2402 E. Esplanade Ln.
PO Box 46424
Phoenix, Arizona 85063-6424
210-317-9800
Retzlaff@texas.net

June 28, 2020

U.S. District Clerk's Office
501 West 5th Street, Suite 1100
Austin, Texas 78701

Re:   Request for Issuance of a Subpoena
      Cause No. 1:20-MC-00657-LY; ***Van Dyke v. Retzlaff***; in the U.S. District Court for the Western District of Texas.


Dear Sir / Ma'am:

I have enclosed a subpoena that I need y'all to sign off on and return by email to me so I can get it served ASAP on an individual.

Please let me know if there is a charge for this and I will give you my credit card.

I thank you for your time and most kind assistance in this matter.


Respectfully,

*[signature: Tom]*

_____
Thomas Retzlaff

1 | P a g e