United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Van Dyke, Jason Lee |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, June 29, 2020 |
| Re: | 01:20-MC-00657-LY / Doc # 13 / Filed On: 06/29/2020 01:06 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: The certificate of service is deficient in that it reflects electronic service of this document upon a pro se party who is not a registered user of the CM//ECF system.  Please DO NOT refile entire document. Please prepare IN FULL PLEADING FORM and electronically submit an amended certificate of service using the "Certificate of Service" CM/ECF event.