IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE §<br>    Plaintiff §<br> §<br>v. §<br> §<br>THOMAS CHRISTOPHER RETZLAFF §<br>a/k/a Dean Anderson d/b/a BV Files, Via §<br>View Files L.L.C., and ViaView Files §<br>    Defendant § | Case No. 1:20:MC-657-LY |

## NOTICE OF CONSENT TO TRANSFER

TO THE HONORABLE UNITED STATES JUDGE:

Movant James McGibney has reviewed Dkt. 5 within Case No. 1:20:MC-657-LY and concurs with the motion of the United States to transfer Movants Motion to Quash, Dkt. 1 and their motion to quash and transfer, Dkt. 5, to EDTX.

### I.   PRAYER

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Court enters an order transferring Movants Motion to Quash, Dkt. 1 and the United States Motion to Quash, Dkt. 5 to the Eastern District of Texas.

1

Respectfully submitted,

/s/ James McGibney
James McGibney
4305 Ridgebend Dr
Round Rock, TX 78665
Phone: 408-601-0685
Email: james@bullyville.com
Movant, Pro Se

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Plaintiff Jason Lee Van Dyke, Attorney for Defendant, Jeffrey Lee Dorrell and AUSA Kristina Baehr via email on Monday, 6-29-2020.

/s/ James McGibney
JAMES MCGIBNEY