FILE FOR RECORD
DENTON COUNTY CLERK

MAY 07 2020

JULI LUKE
DEPUTY

CAUSE NO. CV-2019-003513

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | AT LAW NO. 2 |
| | § | |
| COREY DEONTA MOMOT | § | |
| Defendant. | § | DENTON COUNTY, TEXAS |

## ORDER

On March 6, 2020, a hearing was held on the motion of Jason Lee Van Dyke, Plaintiff, to hold Thomas Christopher Retzlaff in contempt of Court and for sanctions pursuant to § 10.001 of the Texas Civil Practice and Remedies Code. This Court also considered the motion of Thomas Christopher Retzlaff to dismiss Plaintiff's contempt motion under the Texas Citizens Participation Act. After considering the pleadings and papers on file with this Court and the arguments of counsel, this Court makes the following orders:

(1)    Plaintiff's motion to hold Thomas Christopher Retzlaff in contempt of court is denied;

(2)    Plaintiff's motion for sanctions against Thomas Christopher Retzlaff pursuant to Tex. Civ. Prac. & Rem. Code 10.001 et. seq. is granted. As to the sanction to be imposed, the Court hereby STRIKES all pleadings and papers filed in the above-captioned case by Thomas Christopher Retzlaff. It is FURTHER ORDERED that Thomas

Christopher Retzlaff is prohibited from filing any further pleadings

and papers in this case unless he becomes a party to the same, *or upon obtaining permission from the court prior to filing.*

However, pleadings filed by attorney Jeffrey Dorrell on behalf of Mr.

Retzlaff are not stricken pursuant to this order.

(3)     The motion for Thomas Christopher Retzlaff for dismissal under the

Texas Citizens Participation Act is denied as moot.

SIGNED ON: _____May 7th_____, 2020

_____
HON. ROBERT RAMIREZ
Denton County Court at Law #2

**AGREED AS TO FORM:**

/s/ Jason Lee Van Dyke
Jason Lee Van Dyke
Pro Se Plaintiff

/s/ Jeffrey L. Dorrell
Jeffrey L. Dorrell
Bar No. 00787386
Attorney for Mr. Retzlaff