IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE, | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. 1:20-MC-657-LY |
| V. | § | (CASE NO. 4:18-CV-24-ALM, |
| | § | UNITED STATES DISTRICT COURT |
| THOMAS CHRISTOPHER RETZLAFF | § | FOR THE EASTERN DISTRICT OF |
| A/K/A DEAN ANDERSON D/B/A | § | TEXAS, SHERMAN DIVISION) |
| BV FILES, VIA VIEW FILES L.L.C., | § | |
| AND VIAVIEW FILES, | § | |
| DEFENDANTS. | § | |

## ORDER

**IT IS HEREBY ORDERED** that all pending and future discovery motions as well as all other nondispositive motions in this case are **REFERRED** to United States Magistrate Judge Mark Lane for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

**IT IS FURTHER ORDERED** that all pending and future dispositive motions are **REFERRED** to United States Magistrate Judge Mark Lane for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _____ day of June, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE