IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE, | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. 1:20-MC-657-LY |
| V. | § | (CASE NO. 4:18-CV-24-ALM, |
| | § | UNITED STATES DISTRICT COURT |
| THOMAS CHRISTOPHER RETZLAFF | § | FOR THE EASTERN DISTRICT OF |
| A/K/A DEAN ANDERSON D/B/A | § | TEXAS, SHERMAN DIVISION) |
| BV FILES, VIA VIEW FILES L.L.C., | § | |
| AND VIAVIEW FILES, | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court is Plaintiff's Notice of Appeal to District Judge filed July 1, 2020 (Doc. #26), specifically appealing Section III of United States Magistrate Judge Mark Lane's Order rendered June 1, 2020 (Doc. #25), denying Plaintiff's Motion to Strike and Motion for Sanctions, which were referred to the magistrate judge for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

After considering Plaintiff's objections, the magistrate judge's order, and the case file, this court finds that the magistrate's denial of Plaintiff's motions was proper and concludes that the objections raised in Plaintiff's appeal should be overruled. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Rule 4 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas; *Castillo v. Frank*, 70 F.3d 382, 385-86 (5th Cir. 1995). Therefore,

**IT IS ORDERED** that Plaintiff's Notice of Appeal to District Judge filed July 1, 2020 (Doc. #26) is **OVERRULED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's July 1, 2020 Order (Doc. #225) is **AFFIRMED.**

SIGNED this 6th day of July, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE